## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| VARATEC, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| ADT LLC, D/B/A ADT | ) | |
| SECURITY SERVICES | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Varatec, LLC ("Plaintiff" or "Varatec"), by and through its undersigned counsel,

files this Complaint for Patent Infringement against ADT LLC, d/b/a ADT Security Services.

("ADT" or "Defendant"), and alleges as follows:

## NATURE OF THE ACTION

1.     This is a patent infringement action brought by Varatec against Defendant based on

Defendant's continued and willful infringement of U.S. Patent No. 7,792,256.  A true and correct

copy of the '256 patent is attached as Exhibit A.

## THE PARTIES

2.     Plaintiff Varatec is a Texas limited liability corporation with a principal place of

business in Rockwall, Texas.

1

3.     On information and belief, Defendant is a for-profit corporation formed under the laws of Delaware.  On information and belief, it has its principal place of business in Boca Raton, Florida.  On information and belief, Defendant's registered agent for service of process in Illinois is C.T. Corporation System, 208 So Lasalle St, Suite 814, Chicago, IL 60604.

## JURISDICTION AND VENUE

4.     This is an action arising under the patent laws of the United States, 35 U.S.C. § 271, et. seq.  The Court, therefore, has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     This Court has personal jurisdiction over Defendant for at least the following reasons: (1) Defendant has a regular and established place of business in this District at least at 111 Windsor Drive, Oak Brook, IL 60523; (2) Defendant has committed acts of patent infringement and induced acts of patent infringement by others in this District and in Illinois; (3) Defendant engages in other persistent courses of conduct and derives substantial revenue from products and/or services provided to individuals in this District and in Illinois; (4) Defendant has purposefully established systematic and continuous contacts with this District and should reasonably expect to be brought into Court here; (5) Defendant has purposefully directed activities at residents of this District and Illinois; and (6) Plaintiff's claim of patent infringement arises out of Defendant's activities, including Defendant's activities in this District.

6.     More specifically, Defendant, directly and/or through intermediaries, ships, distributes, offers for sale, sells, and/or advertises its products and service in the United States, this State, and the Northern District of Illinois.  Defendant solicits customers in the State and the Northern District of Illinois.  Defendant has many paying customers who are residents of the State

and the Northern District of Illinois and who each use Defendant's products and services in the State and in the Northern District of Illinois.

7.     Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b) because, as explained above, Defendant does business in the State and in this District, has committed acts of infringement in this State and in this District, is subject to personal jurisdiction in this District, and a substantial part of the events or omissions giving rise to this claim has occurred in this District. Further, Defendant has a regular and established place of business in this District at least at 111 Windsor Drive, Oak Brook, IL 60523 and 2200 W Pratt Blvd, Elk Grove Village, IL 60007.

## THE ASSERTED PATENT

8.     On September 7, 2010, the United States Patent and Trademark Office ("USPTO") duly issued U.S. Patent No. 7,792,256 ("the '256 patent"), entitled "System and Method for Remotely Monitoring, Controlling, and Managing Devices at One or More Premises," to Charles E. Arledge, Avinash C. Saxena, and Sriram M. Krishnan.

9.     Varatec is the owner by assignment of the '256 patent and holds all rights and interest in that patent.

10.     Varatec owned the '256 patent throughout the period of Defendant's infringing acts.

11.     Independent claim 1 and dependent claims 2, 3, 5, 6, and 9 of the '256 patent, asserted by Varatec in this action, are reproduced below (formatting added for clarity).

> 1. A system for remotely monitoring, controlling, and managing one or more remote premises, comprising:
> a server system operable to communicate with one or more remote client systems, the client systems being remote from the one or more premises;

3

a database system associated with the server system and operable to store configuration information for a plurality of devices located at a remote premises, the plurality of devices comprising one or more camera devices and one or more facility management devices;

the server system operable to:

receive from the one or more premises device data for the one or more facility management devices located at the remote premises;

initiate storage of at least a portion of the received device data in the database system; and

communicate, in response to a request received from a particular one of the one or more remote client systems for device data for at least one facility management device, stored device data for the at least one facility management device responsive to the request to the particular client system.

2. The system of claim 1, wherein the server system is further operable to:

receive, from the particular client system, a request to issue a command to a particular device at a particular premises, the command specifying an activity to perform with respect to one or more of the devices located at the particular premises; and

communicate the command to a computer system at the particular premises, the computer system operable to execute the command by performing the activity with respect to the one or more devices.

3. The system of claim 1, wherein:

the database system is further operable to store a schedule specifying one or more times when a command should be communicated to a computer system at the particular premises, the command specifying an activity to perform with respect to one or more devices located at the particular premises and having been configured by a user of the particular client system; and

the server system is further operable to communicate the command at the one or more times specified in the schedule to the computer system at the particular premises, the computer system operable to execute the command by performing the activity with respect to the one or more devices.

5. The system of claim 1, wherein:

the database system is further operable to store configuration information for each of a plurality of alerts, each alert being associated with one or more of the devices located at the particular premises, the configuration information for each alert specifying an action to be performed by the server system in response to receiving a notification from a computer system at the particular premises that the alert has been triggered; and

the server system is further operable to, in response to receiving a notification from the computer system at the particular premises that a particular alert has been triggered:

access the database system to determine the action to be performed in response to receiving the notification; and

execute the action to be performed in response to receiving the notification.

6. The system of claim 5, wherein the action to be performed comprises one or more of:

communicating a notification that the particular alert has been triggered, the configuration information for the particular alert specifying a recipient for the notification; and

communicating a command to a computer system at the particular premises, the command specifying an activity to perform with respect to one or more devices located at the particular premises, the computer system operable to execute the command by performing the activity with respect to the one or more devices.

9. The system of claim 1, wherein the one or more facility management devices each comprise one or more of:

a temperature sensor;

a chemical sensor;

a motion sensor;

a pressure sensor;

an input switch; and

an output switch.

12.    Additional independent claim 10 and its dependent claims 11, 12, 14, 15, and 18 of

the '256 patent, also asserted by Varatec in this action, are reproduced below (again, formatting

added for clarity).

10. A method for remotely monitoring, controlling, and managing one or more remote premises, comprising:

storing configuration information for a plurality of devices located at a remote premises, the plurality of devices comprising one or more camera devices and one or more facility management devices;

receiving from the one or more premises device data for the one or more facility management devices located at the remote premises;

initiating storage of at least a portion of the received device data in the database system;

communicating, in response to a request received from a remote client system for device data for at least one facility management device, stored device data for the at least one facility management device responsive to the request to the client system, the client systems being remote from the one or more premises.

11. The method of claim 10, further comprising:

    receiving, from the client system, a request to issue a command to a particular device at a particular premises, the command specifying an activity to perform with respect to one or more of the devices located at the particular premises; and

    communicating the command to a computer system at the particular premises, the computer system operable to execute the command by performing the activity with respect to the one or more devices.

12. The method of claim 10, further comprising:

    storing a schedule specifying one or more times when a command should be communicated to a computer system at the particular premises, the command specifying an activity to perform with respect to one or more devices located at the particular premises and having been configured by a user of the client system; and

    communicating the command at the one or more times specified in the schedule to the computer system at the particular premises, the computer system operable to execute the command by performing the activity with respect to the one or more devices.

14. The method of claim 10, further comprising:

    storing configuration information for each of a plurality of alerts, each alert being associated with one or more of the devices located at the particular premises, the configuration information for each alert specifying an action to be performed in response to receiving a notification from a computer system at the particular premises that the alert has been triggered; and

    in response to receiving a notification from the computer system at the particular premises that a particular alert has been triggered:

        determining the action to be performed in response to receiving the notification by accessing the stored configuration information; and

        executing the action to be performed in response to receiving the notification.

15. The method of claim 14, wherein the action to be performed comprises one or more of:

    communicating a notification that the particular alert has been triggered, the configuration information for the particular alert specifying a recipient for the notification; and

    communicating a command to a computer system at the particular premises, the command specifying an activity to perform with respect to one or more devices located at the particular premises, the computer system operable to execute the command by performing the activity with respect to the one or more devices.

18. The method of claim 10, wherein the one or more facility management devices each comprise one or more of:

    a temperature sensor;

> a chemical sensor;
> a motion sensor;
> a pressure sensor;
> an input switch; and
> an output switch.

13.     Further additional independent claim 19 of the '256 patent, also asserted by Varatec

in this action, is reproduced below (again, formatting added for clarity).

> 19. A system for monitoring, controlling, and managing a premises, comprising:
> a computer system located at the premises and operable to communicate with a
>     remote client computer and a remote server system;
> a plurality of devices located at the premises and comprising one or more
>     camera devices and a plurality of facility management devices;
> the computer system operable to:
>     poll one or more of the facility management devices at predetermined times
>         to obtain device data associated with the facility management devices;
>     communicate at least a portion of the obtained device data to the remote
>         server system;
>     collect video data corresponding to video images captured by the one or
>         more camera devices;
>     store at least a portion of the collected video data in a memory associated
>         with the computer system; and
>     in response to a request from the remote client system, communicate video
>         data responsive to the request to the remote client system.

## FACTUAL BACKGROUND

14.     In the early 2000's, true premises management and control software was in its early

stages.  Most premises management or surveillance systems were limited by type to a single

function.  Typically, a premises management system was either a control system or a surveillance

system, but not both.

15.     First named inventor of the '256 patent, Charles Arledge, owned and operated a

number of franchise restaurants spread across four states between 1993 and 2001.

16.     Arledge desired to be able to monitor, manage, and control his restaurant locations

remotely.

17.     However, after an exhaustive search, Arledge discovered that no then-existing premises monitoring or control system sufficiently included the functionality necessary to remotely monitor, control, and manage a variety of facility management devices and cameras at multiple franchise restaurant premises spread across long distances.

18.     In response to this unmet need, Arledge hired two software developers, Saxena and Krishnan.

19.     Arledge, along with the co-inventors, began developing a solution for this problem.

20.     Ultimately, Arledge discovered that cameras and facility management devices could be advantageously associated with a remote client system, a server system, and a database system to receive, store, and communicate device data.

21.     Arledge and his co-inventors disclosed their invention in the '256 patent, which has been cited by the USPTO in at least forty-four later patents and applications.  The applicants cited include, for example, Target Brands, Toshiba, Samsung, Wal-Mart, Sprint, Motorola, and Intuit.

22.     Numerous home and commercial security and facility management system leaders, including Defendant, have adopted various embodiments of the invention that Arledge and his co-inventors disclosed in the '256 patent.

23.     Defendant infringes the invention claimed in the '256 patent at least through its Pulse System, found at https://www.adt.com/pulse, by (directly or through intermediaries) making, using, and selling its product which practices a system and method for remotely monitoring, controlling, and managing one or more cameras and facility management devices, as described below.

24.     Defendant has been aware of its infringement of the '256 Patent since May 2018.

## COUNT I – INFRINGEMENT OF THE '256 PATENT

25.     Varatec realleges and incorporates by reference each of the preceding paragraphs.

26.     The '256 patent is presumed, and indeed is, valid and enforceable.

27.     The '256 patent is directed to patent-eligible subject matter under 35 U.S.C. § 101, because its claims cover one or more "new and useful process, machine, manufacture, or composition of matter, or [a] new and useful improvement thereof."

28.     More specifically, the '256 patent is directed towards a process for remotely monitoring, controlling, and managing devices at one or more premises.  The '256 patent's claims specifically require a server remote from one or more client systems, one or more client systems remote from one or more premises, a database system, one or more camera devices, and one or more facility management devices.  See Ex. A, independent claim 1 and dependent claims 2, 3, 5, 6, and 9.  The '256 patent's claims further specifically require reception of device data, storage of device data, and communication of device data.  See Ex. A, independent claim 1.

29.     Problems and disadvantages of prior systems were reduced or eliminated with the '256 patent; one of the '256 patent's inventive concepts is an improvement upon the prior art because, among other improvements, it ensures either automated or real time continuous monitoring, control, and management of multiple locations, as well as storage and retrieval of device data from devices located at the remote premises, all via one or more remote client systems.  See, e.g., Ex. A 2:26–50 ("Particular embodiments of the present invention may provide one or more technical advantages.  In certain embodiments, the present invention combines the use of control systems and sensors with video applications; whereas, typical existing systems are either control systems or they are video monitoring systems.  In certain embodiments, the present invention provides the ability to synchronize the view of various sensors, POS data, and/or video

data. In certain embodiments, the present invention provides the ability to integrate audio files and broadcast them upon predetermined events, at predetermined times, or both. In certain embodiments, the present invention provides a system that operates actively, allowing a user or computer system to actively monitor or control a remote premises. Additionally, in certain embodiments, the present invention provides a system that operates passively by receiving events and executing one or more corresponding actions (e.g., communicating an alert, delivering an audio message, turning on a light, or any other suitable action) in response to those events. In certain embodiments, the architecture of the present invention comprising a local client system, one or more computer systems located at a premises, and a high performance registrar system enables conservation of bandwidth in connections to remote premises and management of the large amounts of data acquired from the various devices.").

30.     Defendant has infringed and continues to infringe at least claims 1, 2, 3, 5, 6, 9, 10, 11, 12, 14, 15, 18, and 19 of the '256 patent under 35 U.S.C. § 271(a), either literally or under the Doctrine of Equivalents, by at least making, using, testing, licensing, offering to sell, and selling a product embodying the claimed invention of the '256 patent within the United States, as described further below.

31.     Defendant's ADT Pulse system, described in public disclosures at https://www.adt.com/pulse, has elements that embody each of the limitations of claims 1, 2, 3, 5, 6, 9, 10, 11, 12, 14, 15, 18, and 19 of the '256 patent.

32.     Specifically, in regards to independent claim 1, as shown below (in fair and accurate screen shots of Defendant's public disclosures regarding the ADT Pulse system), the ADT Pulse system is a system.

10



Source: https://www.adt.com/smarthome (accessed 02/21/2019)



Source: https://www.adt.com/pulse (accessed 02/21/2019).

33.     On information and belief, as shown below (in fair and accurate screen shots of Defendant's public disclosures regarding the ADT Pulse system), the ADT Pulse system includes a server system operable to communicate with one or more remote client systems, the client systems being remote from the one or more premises.



ADT uses Z-wave wireless technology to connect your smart devices, and lets you control all of them from the seamlessly integrated ADT Pulse app. In seconds, you can connect your device to your network, and communicate with all your Z-Wave devices. Then you can control them through your computer or smart devices from almost anywhere in the world.

Source: https://www.adt.com/smarthome (accessed 02/21/2019)



Source: https://www.youtube.com/watch?v=IfyCMKir-Fc
(accessed 02/21/2019)

34.     As shown below (in fair and accurate screen shots of Defendant's public disclosures regarding the ADT Pulse system), the ADT Pulse system also includes a database associated with the server system and is operable to store configuration information for a plurality of devices located at a remote premises.



Source: https://www.youtube.com/watch?v=IfyCMKir-Fc
(accessed 02/21/2019)



Source: https://www.youtube.com/watch?v=IfyCMKir-Fc (accessed 03/21/2018)



Source: https://www.youtube.com/watch?v=IfyCMKir-Fc (accessed 02/21/2019)

35.     As shown below (in a fair and accurate screen shot of Defendant's public disclosures regarding the ADT Pulse system), the ADT Pulse system is operable to include a plurality of devices that comprise one or more camera devises and one or more facility management devices.

| Smart Lights | Control your lights from almost anywhere, including dimming. |
|---|---|
| Smart Thermostats | Adjust and schedule your thermostat remotely. |
| Garage Door | Open, close and monitor your garage door from anywhere. |
| Video Doorbell Camera | See, hear and speak to anyone at your door. |
| Smart Plugs and Switches | Transform your lighting, electronics and small appliances into smart devices you can control remotely. |
| Security Cameras | View live video from any of your cameras or watch clips of triggered events. |
| Smart Doors Locks | Lock and unlock smart locks from your phone. |
| CO and Fire Sensors | Get immediate alerts on your smartphone if one of your sensors is triggered. |
| Flood Sensors | Monitor for water leaks in your home and get alerts if one is detected. |
| Window & Door Sensors | Set up automatic alerts if someone triggers a window or door sensor, then check via your cameras to see who it is. |

Source: https://www.adt.com/pulse (accessed 02/21/2019)

36.     On information and belief, as shown below (in fair and accurate screen shots of Defendant's public disclosures regarding the ADT Pulse system), the ADT Pulse server is operable to receive from the one or more premises device data for the one or more facility management devises located at the remote premises, initiate storage of at least a portion of the received data in the database system, and communicate, in response to a request received from a particular one of the one or more remote client systems for device data for at least one facility management device, stored device data for the at least one facility management device responsive to the request to the particular client system.



Source: https://www.youtube.com/watch?v=IfyCMKir-Fc
(accessed 02/21/2019)



Source: https://www.youtube.com/watch?v=IfyCMKir-Fc
(accessed 02/21/2019)

## Gain More Control over Your Home – Even If You're Away

**Remote Arm & Disarm**
Turn your home alarm on or off from virtually anywhere and keep your home safe while you're away.

**Live Video Feed**
Watch live video on your mobile devices and check in on your home, family and pets remotely.

**Remote Lock & Unlock**
Remotely lock or unlock your doors, and never worry about leaving your garage door open again. Close it from virtually anywhere with ADT Pulse.

**Home Automation Control**
Gain the freedom to control your home from virtually anywhere.



Source: https://www.adt.com/pulse
(accessed 02/21/2019)



Source: https://www.youtube.com/watch?v=IfyCMKir-Fc
(accessed 02/21/2019)



Source: https://www.youtube.com/watch?v=IfyCMKir-Fc
(accessed 02/21/2019)

37.     Regarding dependent claim 2, on information and belief, as shown above and below (in fair and accurate screen shots of Defendant's public disclosures regarding the ADT Pulse system), the ADT Pulse system's server is operable to receive, from the particular client system, a request to issue a command to a particular device at a particular premises, the command specifying an activity to perform with respect to one or more of the devices located at the particular premises, and, also on information and belief, the ADT Pulse system's server is operable to communicate the command to a computer system at the particular premises, the computer system operable to execute the command by performing the activity with respect to the one or more devices.



Source: https://www.youtube.com/watch?v=IfyCMKir-Fc
(accessed 02/21/2019)



Source: https://www.adt.com/pulse (accessed 02/21/2019)

38.     Regarding dependent claim 3, as shown below (in a fair and accurate screen shot of Defendant's public disclosures regarding the ADT Pulse system), the ADT Pulse system's database system is operable to store a schedule specifying one or more times when a command should be communicated to a computer system at the particular premises, the command specifying

an activity to perform with respect to one or more devices located at the particular premises and having been configured by a user of the particular client system; and, on information and belief, the ADT Pulse system's server is operable to communicate that command at the one or more times specified in the schedule to the computer system at the particular premises, the computer system operable to execute the command by performing the activity with respect to the one or more devices.



Source: https://www.adt.com/pulse (accessed 02/21/2019)

39.     Regarding dependent claim 5, as shown below (in fair and accurate screen shots of Defendant's public disclosures regarding the ADT Pulse system), the ADT Pulse system's database is operable to store configuration information for each of a plurality of alerts, each alert being associated with one or more of the devices located at the particular premises, the configuration information for each alert specifying an action to be performed by the server system in response to receiving a notification from a computer system at the particular premises that the alert has been triggered.

 **What is ADT Pulse Home Automation?**

The ADT Pulse system combines home security with automation features that let you manage, monitor and modify your home from almost anywhere. You can arm and disarm your home's security system, display video monitoring, control temperature and lights, receive alerts and custom notifications, as well as lock and unlock doors - all remotely through the ADT Pulse online portal, or the ADT Pulse app for smartphones and tablets. The ADT Pulse system also includes an interactive, in-home, Wi-Fi-enabled touchscreen that's easy to use anywhere in your home. ADT Pulse systems are available for business customers who want greater control of their security and automation features.



Source: https://www.adt.com/pulse (accessed 02/21/20)

40. Further in regards to dependent claim 5, on information and belief, as shown below (in fair and accurate screen shots of Defendant's public disclosures regarding the ADT Pulse system), the ADT Pulse system's server can respond to receiving a notification from the computer system at the particular premises that a particular alert has been triggered by accessing the ADT Pulse system's database to determine the action to be performed in response to receiving the notification and the ADT Pulses system's server can execute the action to be performed in response to receiving the notification.



**What is ADT Pulse Home Automation?**

The ADT Pulse system combines home security with automation features that let you manage, monitor and modify your home from almost anywhere. You can arm and disarm your home's security system, display video monitoring, control temperature and lights, receive alerts and custom notifications, as well as lock and unlock doors - all remotely through the ADT Pulse online portal, or the ADT Pulse app for smartphones and tablets. The ADT Pulse system also includes an interactive, in-home, Wi-Fi-enabled touchscreen that's easy to use anywhere in your home. ADT Pulse systems are available for business customers who want greater control of their security and automation features.



Source: https://www.adt.com/pulse (accessed 02/21/2019)

41. In regards to dependent claim 6, in regards to the action to be performed as described, as shown below (in a fair and accurate screen shot of Defendant's public disclosures regarding the ADT Pulse system), the ADT Pulse system is operable to communicate a notification that the particular alert has been triggered, the configuration information for the particular alert specifying a recipient for the notification; and communicating a command to a computer system at the particular premises, the command specifying an activity to perform with respect to one or more devices located at the particular premises, the computer system operable to execute the command by performing the activity with respect to the one or more devices.

22

 

Source: https://www.adt.com/pulse (accessed 02/21/2019)

42.     Regarding dependent claim 9, as shown below (in fair and accurate screen shots of Defendant's public disclosures regarding the ADT Pulse system), the ADT Pulse system is operable to incorporate one or more facility management devices, which can comprise one or more of the following: a temperature sensor, a chemical sensor, a motion sensor, a pressure sensor, an input switch, and an output switch.

Smart Thermostats                    Adjust and schedule your thermostat remotely.

Source: https://www.adt.com/pulse (accessed 02/21/2019)



Source: https://www.adt.com/pulse (accessed 02/21/2019)




Set Up Custom Alerts and
Notifications

If any of your smoke, carbon monoxide, door/window or
motion sensors are triggered, you can set up Pulse to send
you an immediate alert on your mobile devices. We also
monitor your sensors 24/7 so we can notify first
responders if there's a threat or emergency at your home.

Source: https://www.adt.com/pulse (accessed 02/21/2019)

| CO and Fire Sensors | Get immediate alerts on your smartphone if one of your sensors is triggered. |
| Flood Sensors | Monitor for water leaks in your home and get alerts if one is detected. |

Source: https://www.adt.com/pulse (accessed 02/21/2019)

| Window & Door Sensors | Set up automatic alerts if someone triggers a window or door sensor, then check via your cameras to see who it is. |

Source: https://www.adt.com/pulse (accessed 02/21/2019)

| Smart Doors Locks | Lock and unlock smart locks from your phone. |

Source: https://www.adt.com/pulse (accessed 02/21/2019)

43.     The foregoing paragraphs describing the Defendant's infringing activities in relation to independent claim 1 and dependent claims 2, 3, 5, 6, and 9 apply with equal force to independent claim 10, and correspondingly dependent claims 11, 12, 14, 15, and 18.

44.     Regarding independent claim 19, as shown above (in fair and accurate screen shots of Defendant's public disclosures regarding the ADT Pulse system), the ADT Pulse system is a system for monitoring, controlling, and managing a premises, comprising a computer system located at the premises and operable to communicate with a remote client computer and, on information and belief, a remote server system, and a plurality of devices located at the premises and comprising one or more camera devices and a plurality of facility management devices.



Source: https://www.adt.com/smarthome (accessed 02/21/2019)



Source: https://www.adt.com/pulse (accessed 02/21/2019)

45.     Further in regards to independent claim 19, as shown below (in fair and accurate screen shots of Defendant's public disclosures regarding the ADT Pulse system), the ADT Pulse system includes a computer system at the premises that can, on information and belief, poll one or more of the facility management devices at predetermined times to obtain device data associated

with the facility management devices and communicate at least a portion of the obtained device data to the remote server system.

| | |
|---|---|
| Smart Lights | Control your lights from almost anywhere, including dimming. |
| Smart Thermostats | Adjust and schedule your thermostat remotely. |
| Garage Door | Open, close and monitor your garage door from anywhere. |
| Video Doorbell Camera | See, hear and speak to anyone at your door. |
| Smart Plugs and Switches | Transform your lighting, electronics and small appliances into smart devices you can control remotely. |
| Security Cameras | View live video from any of your cameras or watch clips of triggered events. |
| Smart Doors Locks | Lock and unlock smart locks from your phone. |
| CO and Fire Sensors | Get immediate alerts on your smartphone if one of your sensors is triggered. |
| Flood Sensors | Monitor for water leaks in your home and get alerts if one is detected. |
| Window & Door Sensors | Set up automatic alerts if someone triggers a window or door sensor, then check via your cameras to see who it is. |

Source: https://www.adt.com/pulse (accessed 02/21/2019)



Source: https://www.youtube.com/watch?v=IfyCMKir-Fc
(accessed 02/21/2019)

46.     Continuing in regards to independent claim 19, as shown below (in fair and accurate screen shots of Defendant's public disclosures regarding the ADT Pulse system), the ADT Pulse system includes a computer system at the premises that can collect video data corresponding to video images captured by the one or more camera devices, store at least a portion of the collected video data in a memory associated with the computer system, and in response to a request from the remote client system, communicate video data responsive to the request to the remote client system.



Source: https://www.youtube.com/watch?v=IfyCMKir-Fc
(accessed 02/21/2019)



Source: https://www.youtube.com/watch?v=IfyCMKir-Fc
(accessed 02/21/2019)

47.     Defendant's aforesaid activities have been without authority and/or license from Varatec.

48.     Further, on information and belief and based on public disclosures, Varatec understands that ADT plans in the near future to roll out a new system "ADT Control" that will have the same functionality of the infringing ADT Pulse system, plus expanded functionality.  On information and belief, the ADT Control system likewise infringes the claims of Varatec's '256 Patent; Varatec intends to amend its complaint to further include ADT's new Control system, once the system has been released.

49.     Defendant has deliberately capitalized on the improvements taught by the '256 patent and has taken advantage of the inventors' investment in enhancing technology directed towards the remote monitoring, management, and control of facility management devices and cameras.

50.     On information and belief, Defendant has had knowledge and notice of the '256 patent, as well of its own infringement of the patent, at least since its receipt of a letter sent by Varatec to Defendant on May 25, 2018.  A true and accurate copy of this letter is attached hereto as Exhibit B.

51.     Despite this notice, Defendant has willfully persisted in its infringement of the '256 patent.

52.     Varatec further sent follow-up letters to Defendant, including on June 6, 2018, and July 9, 2018; Defendant did not respond to any of Varatec's letters.

53.     Defendant has had knowledge and notice of the '256 patent, as well as of its own infringement of the '256 patent, since at least May 25, 2018 by virtue of the aforementioned letter notice.

29

54.     In response to Varatec's letter communications, Defendant did not deny that their system contained all of the limitations of the '256 patent, did not allege that specific limitations were not present, or provide any prior art; rather, Defendant merely ignored Varatec's letters.

55.     Varatec has been and continues to be damaged by Defendant's infringement of the '256 patent.

56.     On information and belief, due to the seminal nature of Varatec's '256 patent, a reasonable royalty for infringement of the '256 patent would be at least 20% of Defendant's revenue attributable to its infringing activities.

57.     Defendant's infringement of the '256 patent has been and continues to be willful.

58.     Defendant's ongoing and willful infringement of the '256 patent renders this case exceptional within the meaning of 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Varatec, LLC prays for relief as follows:

A.     A judgment that Defendant has infringed the asserted claims of the '256 patent;

B.     A judgment that one or more of Defendant's acts of infringement of the '256 patent was willful from the time that Defendant became aware of the infringing nature of its actions, which is the time of filing of Varatec's Complaint at the latest;

C.     That Varatec be awarded damages adequate to compensate it for Defendant's infringement of the '256 patent, such damages to be determined by a jury and an accounting, if necessary, to compensate Varatec adequately for the infringement;

D.     That the damages awarded to Varatec be trebled for the period of such willful infringement pursuant to 35 U.S.C. § 284;

E.     That Varatec be awarded pre-judgment and post-judgment interest;

F.  That the Court grant a permanent injunction pursuant to 35 U.S.C. § 283,

enjoining the Defendant from further acts of (1) infringement, (2) contributory infringement, and

(3) actively inducing infringement with respect to the claims of the '256 patent;

G.  That this case be determined an exceptional case within the meaning of 35 U.S.C

§ 285 and that Varatec be awarded reasonable attorneys' fees, costs, and expenses incurred in

connection with this case; and

H.  That Varatec be awarded such other relief as this Court deems just and proper.

## <u>DEMAND FOR TRIAL BY JURY</u>

Plaintiff Varatec, LLC hereby demands a trial by jury on all issues so triable.

Dated: March 4, 2019                      Respectfully submitted,

 

                                                                   /s/ Barry F. Irwin

                                                                   Barry F. Irwin, P.C.
                                                                   Reid P. Huefner
                                                                   Chris D. Eggert
                                                                   Manon L. Burns
                                                                   IRWIN IP LLC
                                                                   222 South Riverside Plaza
                                                                   Suite 2350
                                                                   Chicago, IL  60606
                                                                   (312) 667-6080
                                                                   birwin@irwinip.com
                                                                   rhuefner@irwinip.com
                                                                   ceggert@irwinip.com
                                                                   mburns@irwinip.com

                                                                   *Attorneys for Plaintiff Varatec, LLC*